JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Roman Purl,                                  )          SACV 17-01141  JVS (DFMx)
                                             )
              Plaintiff,                     )          ORDER OF DISMISSAL UPON
                                             )          SETTLEMENT OF CASE
       v.                                    )
                                             )
J.C. Penney Corporation, Inc.,               )
                                             )
              Defendant(s).                  )
                                             )
_____            )

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days,</u> to reopen the action if settlement is not consummated.

DATED:  October 11, 2018

               James V. Selna
             United States District Judge